# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID BOY FULLER,<br>AIS # 147862, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 09-00839-WS-N<br>) |
| Dr. TESEMMA, et al., | )<br>) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 27, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 3rd day of February, 2014.

                                                  **s/WILLIAM H. STEELE**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**