# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID BOY FULLER, <br> AIS # 147862, <br><br> Plaintiff, <br><br> v. <br><br> Dr. TESEMMA, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 09-00839-WS-N <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 27, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 10th day of March, 2014.

                                                    **s/WILLIAM H. STEELE**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**