IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID BOY FULLER, <br> AIS # 147862, <br><br> Plaintiff, <br><br> v. <br><br> Dr. TESEMMA, et al., <br><br> Defendants. | Civil Action No. 09-00839-WS-N |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the defendants' motion for summary judgment (Doc. 69) is **GRANTED**. Further, all claims against any unserved and non-appearing defendants are also **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B), and this entire action is therefore **DISMISSED**.

**DONE** and **ORDERED** this the 10th day of March, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**